PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco Porras						Cr.: 04-816-01

Name of Sentencing Judicial Officer: Honorable John W. Bissell

Date of Original Sentence: 04-11-05

Original Offense: Transportation of Illegal Aliens (8 U.S.C. 1324 (a)(1)(A)(ii))

Original Sentence: 15 months custody and three years supervised release

Type of Supervision: TSR						Date Supervision Commenced: 09-24-05

Assistant U.S. Attorney: Michael Martinez (Newark)		Defense Attorney: Donald McCauley (Newark)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>On January 24, 2006, during a conversation with his U.S. Probation Office, the offender admitted to using cocaine. |
| 2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'<br><br>On or about January 24, 2006, the offender left the District of Colorado for the State of Arizona without the permission of his U.S. Probation Officer or the Court. |
| 3 | The offender has violated the supervision condition which states '**Failed to Report**'<br><br>On or about January 3, 2006, the offender failed to report as directed and has absconded from supervision. His whereabouts are unknown. |

4   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

On or about January 3, 2006, the offender quit his job and failed to notify his U.S. Probation Officer.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer
Date: 02-27-06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/14/06
Date